GUADALUPE REYES, Respondent, *v* HENRY L SANFORD, Appellant.

The District Court is a Court of general original jurisdiction, its process is co-extensive with the State.

Causes may be removed from one district or county to another county or district in the manner provided by statute.

But it seems that this would not be permitted, after a party has appeared and answered to the merits.

APPEAL from the District Court of the Third Judicial District, Santa Clara County.

The opinion of the Court contains the question in dispute.

*Smith & Hardy*, and *L. Archer*, and *D. W. Perley*, for Appellant.

*Wallace & Ryland* for Respondent.

No briefs on file.

MURRAY, C. J., delivered the opinion of the Court. HEYDENFELDT, J., concurred.

Numerous errors have been assigned by the appellant, none of which are well taken. An examination of the record discloses that the cause was properly tried by the Court below. The question of jurisdiction has already been decided by this Court.

The District Court is a Court of general original jurisdiction, its process is co-extensive with the State. Causes may be removed from one district or county to another county or district, in the manner provided by statute; but this, I apprehend, would not be permitted after the party had appeared and answered to the merits.

The appeal is clearly for delay. The judgment is therefore affirmed, with fifteen per cent. damages.